```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 21242
   ANNIE OWENS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7198


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/13/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED NOT I   25771.96         .00          .00
EASTERN SAVINGS BANK     MORTGAGE NOTI  NOT FILED         .00          .00
ROUNDUP FUNDING LLC      UNSECURED        2071.43         .00          .00
PRO SE DEBTOR            DEBTOR ATTY          .00                      .00
TOM VAUGHN               TRUSTEE                                       .00
DEBTOR REFUND            REFUND                                        .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       --------------       --------------
TOTALS                      .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 12/22/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```